■ In the Matter of the TEMPORARY STATE STUDY COMMISSION TO INVESTIGATE THE CITY OF NEW YORK, Respondent, v. EDWIN GREENIDGE, Appellant.— Appeal from order and judgment (one paper), Supreme Court, New York County, entered on or about August 4, 1972, unanimously dismissed, without costs and without disbursements, the appellant not being a person aggrieved by that order and judgment. Concur — Markewich, J. P., Kupferman, Murphy, Steuer and Tilzer, JJ.